**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **KENNETH RAY JOHNSON,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | **5:02CV90 (DF)** |
| | : | |
| **CURTIS JOHNSON, Warden, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## O R D E R

This order hereby adopts and incorporates the Recommendation that United States Magistrate Judge Claude W. Hicks, Jr. entered in this case on February 24, 2005 (tab 45). Neither party has served or filed written objections to the Magistrate Judge's Recommendation with the Court.

Accordingly, Defendants' Motion for Summary Judgment (tab 33) is hereby **GRANTED.**

SO ORDERED, this 4th day of May, 2005.

/s/ **Duross Fitzpatrick**
DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT

DF/sew